IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITYCOMMMISSION, | ) ) ) | CIVIL ACTION NO. |
| Plaintiff, | ) ) | COMPLAINT |
| v. | ) ) | JURY TRIAL DEMAND |
| BEVERAGE SOLUTIONS, INC. | ) ) | |
| Defendant. | ) ) | |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 (the "ADA") and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Pamela Stokes, a qualified individual with a disability, blocked arteries, and a class of qualified individuals with disabilities who were adversely affected by such practices.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices hereafter alleged to be unlawful were committed within the jurisdiction of the Northern District of Illinois, Eastern Division.

## PARTIES AND OTHER RELEVANT PERSONS

3. Plaintiff Equal Employment Opportunity Commission ("Plaintiff" or "Commission") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. §12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Beverage Solutions, Inc. ("Defendant" or "Beverage Solutions") has continuously been and is now a corporation doing business in the Northern District of Illinois, Eastern Division, and has continuously had and does now have at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been and is now an employer engaged in an industry affecting commerce within the meaning of Section 101(5) of the ADA, 42 U.S.C. § 12111(5), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6. At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. §12111(2).

7. At all relevant times, Stokes was a qualified individual with a disability within the meaning of Section 101(8) of the ADA, 42 U.S.C. §12111(8).

## STATEMENT OF CLAIMS

8. More than thirty (30) days prior to the institution of this lawsuit, Stokes filed a charge of discrimination with the Commission alleging a violation of Title I of the ADA by Beverage Solutions. All conditions precedent to the institution of this lawsuit have been fulfilled.

9. Since at least September 2006, Beverage Solutions has engaged in unlawful employment practices at its Lake Forest, Illinois location, in violation of Title I of the ADA, 42 U.S.C. §12112(a) and (b). These practices include, but are not limited to:

    (a) failing to reasonably accommodate Stokes' disability, blocked arteries;

    (b) failing to reasonably accommodate a class of qualified individuals with disabilities; and

    (b) discharging Stokes and a class of qualified individuals with disabilities because of their disabilities.

10. The effect of the practices complained of above has been to deprive Stokes and a class of disabled employees of equal employment opportunities and otherwise adversely affect their status as employees because of their disabilities, in violation of Title I of the ADA, 42 U.S.C. § 12112.

11. The unlawful employment practices complained of above in Paragraph 9 were intentional.

12. The unlawful employment practices complained of above in Paragraph 9 were done with malice and/or reckless indifference to the federally protected rights of Stokes and a class of disabled employees.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully prays that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice that violates Title I of the ADA;

B. Order Defendant to institute and carry out policies, practices, and programs which

provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices;

C.  Order Defendant to make Stokes and a class of disabled employees whole by providing appropriate back pay with prejudgment interest, in amounts to be proved at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices;

D.  Order Defendant to make Stokes and a class of disabled employees whole by providing compensation for past and future pecuniary losses for the unlawful employment practices described in paragraph 9, above;

E.  Order Defendant to make Stokes and a class of disabled employees whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 9, above, including but not limited to, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and humiliation;

F.  Order Defendant to pay Stokes and a class of disabled employees punitive damages for its intentional, malicious and/or reckless conduct, in an amount to be determined at trial;

G.  Grant such further relief as the Court deems necessary and proper; and

H.  Grant the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all issues of fact raised by its Complaint.

Respectfully submitted,

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 "L" Street, N.W.
Washington, D.C. 20507

_____
John C. Hendrickson
ARDC # 1187589
Attorney for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Chicago District Office
500 West Madison Street, Suite 2000
Chicago, Illinois 60661
Telephone: (312) 353-8551
Fax: (312) 353-8555
E-Mail: john.hendrickson@eeoc.gov

_____
Diane I. Smason
ARDC # 6626130
Attorney for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Chicago District Office
500 West Madison Street, Suite 2000
Chicago, Illinois 60661
Telephone: (312) 353-7526
Fax: (312) 353-8555
E-Mail: diane.smason@eeoc.gov

_____
Ann M. Henry
ARDC # 6272394
Attorney for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Chicago District Office
500 West Madison Street, Suite 2000
Chicago, Illinois 60661

Telephone: (312) 353-8558
Fax: (312) 353-8555
E-Mail: ann.henry@eeoc.gov